# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 NOV -4 PM 3:11
CLERK
SO. DIST. GA.

National Trust Insurance Company and Monroe Guaranty Insurance Company
_____
Plaintiff

v.

Taylor and Sons, Inc., Brian Lloye, Be4verly Lloyed, Joe Wojtenik, and Madelyn Pollack
_____
Defendant

Case No. 19-CV-00067

Appearing on behalf of
Brian Lloyd and Beverly Lloyd
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is ~~GRANTED~~.

This 4th day of Nov., 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Brooks P. Neely

Business Address: The Zagoria Law Firm
Firm/Business Name

2801 Buford Highway NE
Street Address

Suite T25 | Atlanta, Georgia | | 30329
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404-653-0023 | | 252444
Telephone Number (w/ area code) | | Georgia Bar Number

Email Address: brooks@lawzagoria.com