# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 NOV -4 PM 3:10
CLERK _____
SO. DIST. OF GA.

National Trust Insurance Company and Monroe Guaranty Insurance Company

Plaintiff

v.

Taylor and Sons, Inc., Brian Lloye, Be4verly Lloyed, Joe Wojtonik, and Madelyn Pollock

Defendant

Case No. 19-CV-00067

Appearing on behalf of

Brian Lloyd and Beverly Lloyd

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4 day of Nov, 2019

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | David M. Zagoria |
| Business Address: | The Zagoria Law Firm |
| | Firm/Business Name |
| | 2801 Buford Highway NE |
| | Street Address |
| | Suite T25  Atlanta, Georgia  30329 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-653-0023       252444 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | david@lawzagoria.com |